## STATE v. BLANKS

No. 496P90

Case below: 100 N.C.App. 332

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## STATE v. DAIL

No. 415P90

Case below: 99 N.C.App. 584

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 10 January 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## STATE v. HARRELL

No. 546P90

Case below: 100 N.C.App. 450

Petition by defendant for writ of supersedeas denied and temporary stay dissolved 10 January 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## STATE v. HAWKINS

No. 515P90

Case below: 100 N.C.App. 330

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## STATE v. JACKMAN

No. 562P90

Case below: 100 N.C.App. 601

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.